**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Ronald Paul Senseman**           **BK NO. 26-00928 HWV**
      **Gale D Senseman**

                    **Debtor(s)**              **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
15 Apr 2026, 14:28:22, EDT

           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322

Document ID: 99d96606892cfe6f7224e9abd36ed4806c8e09d7e6a236304a614c708c4db00f