# Brubacher Excavating Inc
825 Reading Road
PO BOX 528
Bowmansville, PA 17507

**paylocity**

Direct Deposit Advice

| **Check Date** | **Voucher Number** |
|---|---|
| April 3, 2026 | 22598 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 1,262.37 |
| **Total Direct Deposits** | | | **1,262.37** |

310398  JOB00  2748 22598 21648  **310398**

Non Negotiable - This is not a check - Non Negotiable

**Ronald Paul Senseman**
4 Ivy Lane
Jonestown, PA  17038

## Non Negotiable - This is not a check - Non Negotiable

## Brubacher Excavating Inc

**Ronald Paul Senseman**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **2748** | Fed Taxable Income | **1,666.77** | Check Date | **April 3, 2026** |
| Location | **JOB00** | Fed Filing Status | **M+ $10** | Period Beginning | **March 23, 2026** |
| Hourly | **$35.00** | State Filing Status | **M-0** | Period Ending | **March 29, 2026** |

| | |
|---|---|
| Voucher Number | **22598** |
| Net Pay | **1,262.37** |
| Total Hours Worked | **31.75** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Cash Fring | 33.58 | 0.00 | 33.58 | 403.75 |
| Cash Fring | 74.22 | 0.00 | 74.22 | |
| Cash Fring | 94.47 | 0.00 | 94.47 | |
| Cash Fring | 100.74 | 0.00 | 201.48 | |
| Regular | 35.00 | 18.50 | 647.50 | 3,258.02 |
| Regular | 39.00 | 6.25 | 243.75 | |
| Regular | 53.11 | 7.00 | 371.77 | |
| Special | | | | 460.00 |
| **Gross Earnings** | | **31.75** | **1,666.77** | **4,121.77** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 206.88 | 405.72 |
| MED | 24.17 | 59.77 |
| PA | 51.17 | 126.54 |
| PA-360501 | 16.67 | 41.22 |
| PA-BRE8 | 1.00 | 4.00 |
| PASUI-E | 1.17 | 2.89 |
| SS | 103.34 | 255.55 |
| **Taxes** | **404.40** | **895.69** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 1,262.37 |
| **Total Direct Deposits** | | | **1,262.37** |

| Time Off | Available to Use | Available |
|---|---|---|
| Vacation | 0.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 0.32 | 0.64 |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 11/16/2025 | 11/22/2025 | 11/28/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 50.43 | 1,192.06 | 57.59 | 246.93 | 45.68 | 841.86 |
| **YTD** | 2252.40 | 54,782.19 | 2,666.72 | 11,353.42 | 2,189.12 | 38,572.93 |

### Earnings

| Description | Dates | Hours / Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Pay | 11/16/2025-11/22/2025 | 40.00 | 20.75 | 830.01 | 38,207.62 |
| OT Pay - (1x) | 11/16/2025-11/22/2025 | 10.4333 | 20.75 | 216.49 | 7,885.78 |
| OT Pay - FLSA Premium (1/2) | 11/16/2025-11/22/2025 | 10.4333 | 10.7104 | 111.74 | 4,115.11 |
| Incentive Production (Outbound) | 11/16/2025-11/22/2025 | | | 33.82 | 1,717.89 |
| Group Term Life | 11/16/2025-11/22/2025 | | | 3.06 | 145.88 |
| Annual Paid Sick Payout | | | | | 29.40 |
| Holiday | | | | | 810.00 |
| Holiday Worked 1.5 | | | | | 565.01 |
| Hours Paid Not Worked | | | | | 207.50 |
| Sick | | | | | 503.88 |
| Vac/Sick/Holiday Cashout | | | | | 325.00 |
| Vacation | | | | | 415.00 |
| **Earnings** | | | | 1,195.12 | 54,928.07 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 47.69 | 2,191.52 |
| Dental | 6.69 | 321.12 |
| Vision | 3.21 | 154.08 |
| **Pre-Tax Deductions** | 57.59 | 2,666.72 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Voluntary Benefits | 32.38 | 1,554.24 |
| Supplemental Life | 12.72 | 607.25 |
| AD&D | 0.58 | 27.63 |
| **Post Tax Deductions** | 45.68 | 2,189.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 11.93 | 548.07 |
| Ace Quarterly Contribution | | 1,795.96 |
| **Employer Paid Benefits** | 11.93 | 2,344.03 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 107.30 | 4,929.12 |
| OASDI | 73.49 | 3,376.08 |
| State Tax - PA | 36.29 | 1,667.22 |
| Medicare | 17.19 | 789.57 |
| City Tax - BTHEL | 11.82 | 543.08 |
| SUI-Employee Paid - PA | 0.84 | 38.35 |
| PA LST - BTHEL | | 10.00 |
| **Employee Taxes** | 246.93 | 11,353.42 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 1,185.22 | 54,452.87 |
| OASDI - Taxable Wages | 1,185.22 | 54,452.87 |
| Local City Withholding (Work) - Taxable Wages | 1,182.16 | 54,306.99 |
| State Withholding (Work) - Taxable Wages | 1,182.16 | 54,306.99 |
| Federal Withholding - Taxable Wages | 1,137.53 | 52,261.35 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 841.86 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 03/22/2026 | 03/28/2026 | 04/03/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Accrued** | **Reduced** | **Available** |
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 1.24 | 0 | 39.08 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 80 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 49.33 | 1,174.50 | 110.88 | 227.38 | 55.30 | 780.94 |
| **YTD** | 631.53 | 17,481.19 | 1,539.93 | 3,498.99 | 764.58 | 11,677.69 |

### Earnings

| Description | Dates | Hours / Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Pay | 03/22/2026-03/28/2026 | 40.00 | 21.75 | 870.00 | 11,647.30 |
| OT Pay - (1x) | 03/22/2026-03/28/2026 | 9.3333 | 21.75 | 203.00 | 2,027.47 |
| OT Pay - FLSA Premium (1/2) | 03/22/2026-03/28/2026 | 9.3333 | 10.875 | 101.50 | 1,013.72 |
| Group Term Life | 03/22/2026-03/28/2026 | | | 3.40 | 47.60 |
| Annual Paid Sick Payout | | | | | 487.63 |
| Annual Vacation Payout | | | | | 373.50 |
| Emp Referral Bonus | | | | | 1,000.00 |
| Holiday | | | | | 672.00 |
| Hours Paid Not Worked | | | | | 217.50 |
| Incentive Production (Outbound) | | | | | 42.07 |
| **Earnings** | | | | **1,177.90** | **17,528.79** |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 54.00 | 702.00 |
| 401(k) | 46.98 | 699.33 |
| Dental | 6.69 | 93.66 |
| Vision | 3.21 | 44.94 |
| **Pre-Tax Deductions** | **110.88** | **1,539.93** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Voluntary Benefits | 41.53 | 572.27 |
| Supplemental Life | 13.17 | 183.93 |
| AD&D | 0.60 | 8.38 |
| **Post Tax Deductions** | **55.30** | **764.58** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 11.75 | 174.90 |
| Ace Annual Contribution | | 2,403.66 |
| Ace Quarterly Contribution | | 607.71 |
| **Employer Paid Benefits** | **11.75** | **3,186.27** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 96.12 | 1,522.84 |
| OASDI | 69.07 | 1,034.67 |
| State Tax - PA | 34.10 | 510.86 |
| Medicare | 16.15 | 241.98 |
| City Tax - BTHEL | 11.11 | 166.40 |
| SUI-Employee Paid - PA | 0.83 | 12.24 |
| PA LST - BTHEL | | 10.00 |
| **Employee Taxes** | **227.38** | **3,498.99** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 1,114.00 | 16,688.19 |
| OASDI - Taxable Wages | 1,114.00 | 16,688.19 |
| Local City Withholding (Work) - Taxable Wages | 1,110.60 | 16,640.59 |
| State Withholding (Work) - Taxable Wages | 1,110.60 | 16,640.59 |
| Federal Withholding - Taxable Wages | 1,067.02 | 15,988.86 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 780.94 | USD |

Ace Hardware Corporation    2915 Jorie Blvd. Oak Brook, IL 60523    +1 630-990-6600

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 10/26/2025 | 11/01/2025 | 11/07/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 45.87 | 1,045.28 | 51.72 | 212.70 | 45.68 | 735.18 |
| **YTD** | 2104.12 | 51,303.19 | 2,497.85 | 10,635.30 | 2,052.08 | 36,117.96 |

| Earnings | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | | |
| Hourly Pay | 10/26/2025-11/01/2025 | 40.00 | 20.75 | 830.01 | 35,717.58 | | |
| OT Pay - (1x) | 10/26/2025-11/01/2025 | 5.8667 | 20.75 | 121.73 | 7,298.90 | | |
| OT Pay - FLSA Premium (1/2) | 10/26/2025-11/01/2025 | 5.8667 | 10.7098 | 62.83 | 3,812.21 | | |
| Incentive Production (Outbound) | 10/26/2025-11/01/2025 | | | 30.71 | 1,618.71 | | |
| Group Term Life | 10/26/2025-11/01/2025 | | | 3.06 | 136.70 | | |
| Annual Paid Sick Payout | | | | | 29.40 | | |
| Holiday | | | | | 810.00 | | |
| Holiday Worked 1.5 | | | | | 565.01 | | |
| Hours Paid Not Worked | | | | | 207.50 | | |
| Sick | | | | | 503.88 | | |
| Vac/Sick/Holiday Cashout | | | | | 325.00 | | |
| Vacation | | | | | 415.00 | | |

**Earnings** 1,048.34 51,439.89

| Pre-Tax Deductions | | |
|---|---|---|
| **Description** | **Amount** | **YTD** |
| 401(k) | 41.82 | 2,052.35 |
| Dental | 6.69 | 301.05 |
| Vision | 3.21 | 144.45 |
| **Pre-Tax Deductions** | **51.72** | **2,497.85** |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 32.38 | 1,457.10 | Ace Quarterly Contribution | 607.01 | 1,795.96 |
| Supplemental Life | 12.72 | 569.09 | 401k Match | 10.46 | 513.26 |
| AD&D | 0.58 | 25.89 | | | |
| **Post Tax Deductions** | **45.68** | **2,052.08** | **Employer Paid Benefits** | **617.47** | **2,309.22** |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 90.39 | 4,618.41 | Medicare - Taxable Wages | 1,038.44 | 50,994.39 |
| OASDI | 64.38 | 3,161.65 | OASDI - Taxable Wages | 1,038.44 | 50,994.39 |
| State Tax - PA | 31.79 | 1,561.33 | Local City Withholding (Work) - Taxable Wages | 1,035.38 | 50,857.69 |
| Medicare | 15.06 | 739.42 | State Withholding (Work) - Taxable Wages | 1,035.38 | 50,857.69 |
| City Tax - BTHEL | 10.35 | 508.58 | Federal Withholding - Taxable Wages | 996.62 | 48,942.04 |
| SUI-Employee Paid - PA | 0.73 | 35.91 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **212.70** | **10,635.30** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 735.18 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 11/02/2025 | 11/08/2025 | 11/14/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 47.12 | 1,085.44 | 53.32 | 222.08 | 45.68 | 764.36 |
| **YTD** | 2151.23 | 52,388.63 | 2,551.17 | 10,857.38 | 2,097.76 | 36,882.32 |

| Earnings | | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Hourly Pay | 11/02/2025-11/08/2025 | 40.00 | 20.75 | 830.01 | 36,547.59 | 401(k) | 43.42 | 2,095.77 |
| OT Pay - (1x) | 11/02/2025-11/08/2025 | 7.1167 | 20.75 | 147.67 | 7,446.57 | Dental | 6.69 | 307.74 |
| OT Pay - FLSA Premium (1/2) | 11/02/2025-11/08/2025 | 7.1167 | 10.7098 | 76.22 | 3,888.43 | Vision | 3.21 | 147.66 |
| Incentive Production (Outbound) | 11/02/2025-11/08/2025 | | | 31.54 | 1,650.25 | | | |
| Group Term Life | 11/02/2025-11/08/2025 | | | 3.06 | 139.76 | | | |
| Annual Paid Sick Payout | | | | | 29.40 | | | |
| Holiday | | | | | 810.00 | | | |
| Holiday Worked 1.5 | | | | | 565.01 | | | |
| Hours Paid Not Worked | | | | | 207.50 | | | |
| Sick | | | | | 503.88 | | | |
| Vac/Sick/Holiday Cashout | | | | | 325.00 | | | |
| Vacation | | | | | 415.00 | | | |
| **Earnings** | | | | 1,088.50 | 52,528.39 | **Pre-Tax Deductions** | 53.32 | 2,551.17 |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 32.38 | 1,489.48 | 401k Match | 10.86 | 524.12 |
| Supplemental Life | 12.72 | 581.81 | Ace Quarterly Contribution | | 1,795.96 |
| AD&D | 0.58 | 26.47 | | | |
| **Post Tax Deductions** | **45.68** | **2,097.76** | **Employer Paid Benefits** | **10.86** | **2,320.08** |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 95.02 | 4,713.43 | Medicare - Taxable Wages | 1,078.60 | 52,072.99 |
| OASDI | 66.88 | 3,228.53 | OASDI - Taxable Wages | 1,078.60 | 52,072.99 |
| State Tax - PA | 33.02 | 1,594.35 | Local City Withholding (Work) - Taxable Wages | 1,075.54 | 51,933.23 |
| Medicare | 15.64 | 755.06 | State Withholding (Work) - Taxable Wages | 1,075.54 | 51,933.23 |
| City Tax - BTHEL | 10.76 | 519.34 | Federal Withholding - Taxable Wages | 1,035.18 | 49,977.22 |
| SUI-Employee Paid - PA | 0.76 | 36.67 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **222.08** | **10,857.38** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 764.36 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 11/09/2025 | 11/15/2025 | 11/21/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 50.73 | 1,201.50 | 57.96 | 249.11 | 45.68 | 848.75 |
| **YTD** | 2201.97 | 53,590.13 | 2,609.13 | 11,106.49 | 2,143.44 | 37,731.07 |

### Earnings

| Description | Dates | Hours / Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Pay | 11/09/2025-11/15/2025 | 40.00 | 20.75 | 830.02 | 37,377.61 |
| OT Pay - (1x) | 11/09/2025-11/15/2025 | 10.7333 | 20.75 | 222.72 | 7,669.29 |
| OT Pay - FLSA Premium (1/2) | 11/09/2025-11/15/2025 | 10.7333 | 10.7085 | 114.94 | 4,003.37 |
| Incentive Production (Outbound) | 11/09/2025-11/15/2025 | | | 33.82 | 1,684.07 |
| Group Term Life | 11/09/2025-11/15/2025 | | | 3.06 | 142.82 |
| Annual Paid Sick Payout | | | | | 29.40 |
| Holiday | | | | | 810.00 |
| Holiday Worked 1.5 | | | | | 565.01 |
| Hours Paid Not Worked | | | | | 207.50 |
| Sick | | | | | 503.88 |
| Vac/Sick/Holiday Cashout | | | | | 325.00 |
| Vacation | | | | | 415.00 |
| **Earnings** | | | | 1,204.56 | 53,732.95 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 48.06 | 2,143.83 |
| Dental | 6.69 | 314.43 |
| Vision | 3.21 | 150.87 |
| **Pre-Tax Deductions** | 57.96 | 2,609.13 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Voluntary Benefits | 32.38 | 1,521.86 |
| Supplemental Life | 12.72 | 594.53 |
| AD&D | 0.58 | 27.05 |
| **Post Tax Deductions** | 45.68 | 2,143.44 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 12.02 | 536.14 |
| Ace Quarterly Contribution | | 1,795.96 |
| **Employer Paid Benefits** | 12.02 | 2,332.10 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 108.39 | 4,821.82 |
| OASDI | 74.06 | 3,302.59 |
| State Tax - PA | 36.58 | 1,630.93 |
| Medicare | 17.32 | 772.38 |
| City Tax - BTHEL | 11.92 | 531.26 |
| SUI-Employee Paid - PA | 0.84 | 37.51 |
| PA LST - BTHEL | | 10.00 |
| **Employee Taxes** | 249.11 | 11,106.49 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 1,194.66 | 53,267.65 |
| OASDI - Taxable Wages | 1,194.66 | 53,267.65 |
| Local City Withholding (Work) - Taxable Wages | 1,191.60 | 53,124.83 |
| State Withholding (Work) - Taxable Wages | 1,191.60 | 53,124.83 |
| Federal Withholding - Taxable Wages | 1,146.60 | 51,123.82 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 848.75 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 11/16/2025 | 11/22/2025 | 11/28/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---------|-------|------------------|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 50.43 | 1,192.06 | 57.59 | 246.93 | 45.68 | 841.86 |
| **YTD** | 2252.40 | 54,782.19 | 2,666.72 | 11,353.42 | 2,189.12 | 38,572.93 |

| Earnings | | | | | Pre-Tax Deductions | | |
|----------|---|---|---|---|--------------------|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |

| Earnings | | | | | | Pre-Tax Deductions | | |
|----------|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Hourly Pay | 11/16/2025-11/22/2025 | 40.00 | 20.75 | 830.01 | 38,207.62 | 401(k) | 47.69 | 2,191.52 |
| OT Pay - (1x) | 11/16/2025-11/22/2025 | 10.4333 | 20.75 | 216.49 | 7,885.78 | Dental | 6.69 | 321.12 |
| OT Pay - FLSA Premium (1/2) | 11/16/2025-11/22/2025 | 10.4333 | 10.7104 | 111.74 | 4,115.11 | Vision | 3.21 | 154.08 |
| Incentive Production (Outbound) | 11/16/2025-11/22/2025 | | | 33.82 | 1,717.89 | | | |
| Group Term Life | 11/16/2025-11/22/2025 | | | 3.06 | 145.88 | | | |
| Annual Paid Sick Payout | | | | | 29.40 | | | |
| Holiday | | | | | 810.00 | | | |
| Holiday Worked 1.5 | | | | | 565.01 | | | |
| Hours Paid Not Worked | | | | | 207.50 | | | |
| Sick | | | | | 503.88 | | | |
| Vac/Sick/Holiday Cashout | | | | | 325.00 | | | |
| Vacation | | | | | 415.00 | | | |
| **Earnings** | | | | 1,195.12 | 54,928.07 | **Pre-Tax Deductions** | 57.59 | 2,666.72 |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---------------------|---|---|------------------------|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 32.38 | 1,554.24 | 401k Match | 11.93 | 548.07 |
| Supplemental Life | 12.72 | 607.25 | Ace Quarterly Contribution | | 1,795.96 |
| AD&D | 0.58 | 27.63 | | | |
| **Post Tax Deductions** | **45.68** | **2,189.12** | **Employer Paid Benefits** | **11.93** | **2,344.03** |

| Employee Taxes | | | Taxable Wages | | |
|----------------|---|---|---------------|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 107.30 | 4,929.12 | Medicare - Taxable Wages | 1,185.22 | 54,452.87 |
| OASDI | 73.49 | 3,376.08 | OASDI - Taxable Wages | 1,185.22 | 54,452.87 |
| State Tax - PA | 36.29 | 1,667.22 | Local City Withholding (Work) - Taxable Wages | 1,182.16 | 54,306.99 |
| Medicare | 17.19 | 789.57 | State Withholding (Work) - Taxable Wages | 1,182.16 | 54,306.99 |
| City Tax - BTHEL | 11.82 | 543.08 | Federal Withholding - Taxable Wages | 1,137.53 | 52,261.35 |
| SUI-Employee Paid - PA | 0.84 | 38.35 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **246.93** | **11,353.42** | | | |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 841.86 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 11/23/2025 | 11/29/2025 | 12/05/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 40.88 | 1,217.20 | 58.59 | 252.77 | 45.68 | 860.16 |
| **YTD** | 2293.28 | 55,999.39 | 2,725.31 | 11,606.19 | 2,234.80 | 39,433.09 |

| Earnings | | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Hourly Pay | 11/23/2025-11/29/2025 | 40.00 | 20.75 | 830.02 | 39,037.64 | 401(k) | 48.69 | 2,240.21 |
| Holiday | 11/23/2025-11/29/2025 | 16.00 | 20.75 | 332.00 | 1,142.00 | Dental | 6.69 | 327.81 |
| Incentive Production (Outbound) | 11/23/2025-11/29/2025 | | | 27.39 | 1,745.28 | Vision | 3.21 | 157.29 |
| OT Pay - (1x) | 11/23/2025-11/29/2025 | 0.8833 | 20.75 | 18.33 | 7,904.11 | | | |
| OT Pay - FLSA Premium (1/2) | 11/23/2025-11/29/2025 | 0.8833 | 10.7102 | 9.46 | 4,124.57 | | | |
| Group Term Life | 11/23/2025-11/29/2025 | | | 3.06 | 148.94 | | | |
| Annual Paid Sick Payout | | | | | 29.40 | | | |
| Holiday Worked 1.5 | | | | | 565.01 | | | |
| Hours Paid Not Worked | | | | | 207.50 | | | |
| Sick | | | | | 503.88 | | | |
| Vac/Sick/Holiday Cashout | | | | | 325.00 | | | |
| Vacation | | | | | 415.00 | | | |
| **Earnings** | | | | 1,220.26 | 56,148.33 | **Pre-Tax Deductions** | 58.59 | 2,725.31 |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 32.38 | 1,586.62 | 401k Match | 12.18 | 560.25 |
| Supplemental Life | 12.72 | 619.97 | Ace Quarterly Contribution | | 1,795.96 |
| AD&D | 0.58 | 28.21 | | | |
| **Post Tax Deductions** | **45.68** | **2,234.80** | **Employer Paid Benefits** | **12.18** | **2,356.21** |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 110.20 | 5,039.32 | Medicare - Taxable Wages | 1,210.36 | 55,663.23 |
| OASDI | 75.04 | 3,451.12 | OASDI - Taxable Wages | 1,210.36 | 55,663.23 |
| State Tax - PA | 37.06 | 1,704.28 | Local City Withholding (Work) - Taxable Wages | 1,207.30 | 55,514.29 |
| Medicare | 17.55 | 807.12 | State Withholding (Work) - Taxable Wages | 1,207.30 | 55,514.29 |
| City Tax - BTHEL | 12.07 | 555.15 | Federal Withholding - Taxable Wages | 1,161.67 | 53,423.02 |
| SUI-Employee Paid - PA | 0.85 | 39.20 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **252.77** | **11,606.19** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 860.16 | USD |

Ace Hardware Corporation    2915 Jorie Blvd. Oak Brook, IL 60523    +1 630-990-6600

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 11/30/2025 | 12/06/2025 | 12/12/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 52.02 | 1,242.93 | 59.62 | 258.77 | 45.68 | 878.86 |
| **YTD** | 2345.30 | 57,242.32 | 2,784.93 | 11,864.96 | 2,280.48 | 40,311.95 |

| Earnings | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |

| Earnings | | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Hourly Pay | 11/30/2025-12/06/2025 | 40.00 | 20.75 | 830.02 | 39,867.66 | 401(k) | 49.72 | 2,289.93 |
| OT Pay - (1x) | 11/30/2025-12/06/2025 | 12.0167 | 20.75 | 249.35 | 8,153.46 | Dental | 6.69 | 334.50 |
| OT Pay - FLSA Premium (1/2) | 11/30/2025-12/06/2025 | 12.0167 | 10.7103 | 128.70 | 4,253.27 | Vision | 3.21 | 160.50 |
| Incentive Production (Outbound) | 11/30/2025-12/06/2025 | | | 34.86 | 1,780.14 | | | |
| Group Term Life | 11/30/2025-12/06/2025 | | | 3.06 | 152.00 | | | |
| Annual Paid Sick Payout | | | | | 29.40 | | | |
| Holiday | | | | | 1,142.00 | | | |
| Holiday Worked 1.5 | | | | | 565.01 | | | |
| Hours Paid Not Worked | | | | | 207.50 | | | |
| Sick | | | | | 503.88 | | | |
| Vac/Sick/Holiday Cashout | | | | | 325.00 | | | |
| Vacation | | | | | 415.00 | | | |
| **Earnings** | | | | 1,245.99 | 57,394.32 | **Pre-Tax Deductions** | 59.62 | 2,784.93 |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 32.38 | 1,619.00 | 401k Match | 12.43 | 572.68 |
| Supplemental Life | 12.72 | 632.69 | Ace Quarterly Contribution | | 1,795.96 |
| AD&D | 0.58 | 28.79 | | | |
| **Post Tax Deductions** | 45.68 | 2,280.48 | **Employer Paid Benefits** | 12.43 | 2,368.64 |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 113.16 | 5,152.48 | Medicare - Taxable Wages | 1,236.09 | 56,899.32 |
| OASDI | 76.64 | 3,527.76 | OASDI - Taxable Wages | 1,236.09 | 56,899.32 |
| State Tax - PA | 37.85 | 1,742.13 | Local City Withholding (Work) - Taxable Wages | 1,233.03 | 56,747.32 |
| Medicare | 17.92 | 825.04 | State Withholding (Work) - Taxable Wages | 1,233.03 | 56,747.32 |
| City Tax - BTHEL | 12.33 | 567.48 | Federal Withholding - Taxable Wages | 1,186.37 | 54,609.39 |
| SUI-Employee Paid - PA | 0.87 | 40.07 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | 258.77 | 11,864.96 | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 878.86 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 12/21/2025 | 12/27/2025 | 01/02/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 23.5 | 24 |
| **Additional Withholding** | 10 | | Vacation | 0 | 18 | 0 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 30.67 | 975.81 | 48.94 | 193.85 | 45.68 | 687.34 |
| **YTD** | 30.67 | 975.81 | 48.94 | 193.85 | 45.68 | 687.34 |

| Earnings | | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Hourly Pay | 12/21/2025-12/27/2025 | 30.6667 | 20.75 | 636.34 | 636.34 | 401(k) | 39.04 | 39.04 |
| Holiday | 12/21/2025-12/27/2025 | 16.00 | 20.75 | 332.00 | 332.00 | Dental | 6.69 | 6.69 |
| Incentive Production (Outbound) | 12/21/2025-12/27/2025 | | | 7.47 | 7.47 | Vision | 3.21 | 3.21 |
| Group Term Life | 12/21/2025-12/27/2025 | | | 3.40 | 3.40 | | | |
| **Earnings** | | | | 979.21 | 979.21 | **Pre-Tax Deductions** | 48.94 | 48.94 |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 32.38 | 32.38 | 401k Match | 9.76 | 9.76 |
| Supplemental Life | 12.72 | 12.72 | | | |
| AD&D | 0.58 | 0.58 | | | |
| **Post Tax Deductions** | 45.68 | 45.68 | **Employer Paid Benefits** | 9.76 | 9.76 |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 79.71 | 79.71 | Medicare - Taxable Wages | 969.31 | 969.31 |
| OASDI | 60.10 | 60.10 | OASDI - Taxable Wages | 969.31 | 969.31 |
| State Tax - PA | 29.65 | 29.65 | Local City Withholding (Work) - Taxable Wages | 965.91 | 965.91 |
| Medicare | 14.05 | 14.05 | State Withholding (Work) - Taxable Wages | 965.91 | 965.91 |
| City Tax - BTHEL | 9.66 | 9.66 | Federal Withholding - Taxable Wages | 930.27 | 930.27 |
| SUI-Employee Paid - PA | 0.68 | 0.68 | | | |
| **Employee Taxes** | 193.85 | 193.85 | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 687.34 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 12/28/2025 | 01/03/2026 | 01/09/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.77 | 0 | 24.77 |
| **Additional Withholding** | 10 | | Vacation | 80 | 0 | 80 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 0.00 | 861.13 | 34.45 | 168.82 | | 657.86 |
| **YTD** | 30.67 | 1,836.94 | 83.39 | 362.67 | 45.68 | 1,345.20 |

| Earnings | | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Annual Paid Sick Payout | 12/21/2025-12/27/2025 | 23.50 | 20.75 | 487.63 | 487.63 | 401(k) | 34.45 | 73.49 |
| Annual Vacation Payout | 12/21/2025-12/27/2025 | 18.00 | 20.75 | 373.50 | 373.50 | Dental | | 6.69 |
| Group Term Life | | | | | 3.40 | Vision | | 3.21 |
| Holiday | | | | | 332.00 | | | |
| Hourly Pay | | | | | 636.34 | | | |
| Incentive Production (Outbound) | | | | | 7.47 | | | |
| **Earnings** | | | | 861.13 | 1,840.34 | **Pre-Tax Deductions** | 34.45 | 83.39 |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| AD&D | | 0.58 | 401k Match | 8.62 | 18.38 |
| Supplemental Life | | 12.72 | | | |
| Voluntary Benefits | | 32.38 | | | |
| **Post Tax Deductions** | | 45.68 | **Employer Paid Benefits** | 8.62 | 18.38 |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 57.28 | 136.99 | Local City Withholding (Work) - Taxable Wages | 861.13 | 1,827.04 |
| OASDI | 53.39 | 113.49 | Medicare - Taxable Wages | 861.13 | 1,830.44 |
| State Tax - PA | 26.44 | 56.09 | OASDI - Taxable Wages | 861.13 | 1,830.44 |
| Medicare | 12.49 | 26.54 | State Withholding (Work) - Taxable Wages | 861.13 | 1,827.04 |
| PA LST - BTHEL | 10.00 | 10.00 | Federal Withholding - Taxable Wages | 826.68 | 1,756.95 |
| City Tax - BTHEL | 8.61 | 18.27 | | | |
| SUI-Employee Paid - PA | 0.61 | 1.29 | | | |
| **Employee Taxes** | 168.82 | 362.67 | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 657.86 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane Jonestown, PA 17038 | 169374 | 01/04/2026 | 01/10/2026 | 01/16/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Accrued** | **Reduced** | **Available** |
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 1.26 | 0 | 26.03 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 80 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 50.02 | 1,210.08 | 112.31 | 235.65 | 55.30 | 806.82 |
| **YTD** | 111.17 | 4,040.88 | 299.36 | 783.58 | 156.28 | 2,801.66 |

### Earnings

| Description | Dates | Hours / Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Pay | 01/04/2026-01/10/2026 | 40.00 | 21.75 | 870.01 | 2,138.89 |
| OT Pay - (1x) | 01/04/2026-01/10/2026 | 10.0167 | 21.75 | 217.86 | 217.86 |
| OT Pay - FLSA Premium (1/2) | 01/04/2026-01/10/2026 | 10.0167 | 10.8751 | 108.93 | 108.93 |
| Incentive Production (Outbound) | 12/21/2025-12/27/2025 | | | 13.28 | 42.07 |
| Group Term Life | 01/04/2026-01/10/2026 | | | 3.40 | 10.20 |
| Annual Paid Sick Payout | | | | | 487.63 |
| Annual Vacation Payout | | | | | 373.50 |
| Holiday | | | | | 672.00 |
| **Earnings** | | | | **1,213.48** | **4,051.08** |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Medical | 54.00 | 108.00 |
| 401(k) | 48.41 | 161.66 |
| Dental | 6.69 | 20.07 |
| Vision | 3.21 | 9.63 |
| **Pre-Tax Deductions** | **112.31** | **299.36** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Voluntary Benefits | 41.53 | 115.44 |
| Supplemental Life | 13.17 | 39.06 |
| AD&D | 0.60 | 1.78 |
| **Post Tax Deductions** | **55.30** | **156.28** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 12.11 | 40.43 |
| **Employer Paid Benefits** | **12.11** | **40.43** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 100.22 | 312.52 |
| OASDI | 71.27 | 242.63 |
| State Tax - PA | 35.19 | 119.83 |
| Medicare | 16.66 | 56.74 |
| City Tax - BTHEL | 11.46 | 39.03 |
| SUI-Employee Paid - PA | 0.85 | 2.83 |
| PA LST - BTHEL | | 10.00 |
| **Employee Taxes** | **235.65** | **783.58** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 1,149.58 | 3,913.38 |
| OASDI - Taxable Wages | 1,149.58 | 3,913.38 |
| Local City Withholding (Work) - Taxable Wages | 1,146.18 | 3,903.18 |
| State Withholding (Work) - Taxable Wages | 1,146.18 | 3,903.18 |
| Federal Withholding - Taxable Wages | 1,101.17 | 3,751.72 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 806.82 | USD |

Ace Hardware Corporation    2915 Jorie Blvd. Oak Brook, IL 60523    +1 630-990-6600

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 01/11/2026 | 01/17/2026 | 01/23/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 1.15 | 0 | 27.18 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 80 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 45.98 | 1,065.22 | 106.51 | 201.88 | 55.30 | 701.53 |
| **YTD** | 157.15 | 5,106.10 | 405.87 | 985.46 | 211.58 | 3,503.19 |

| Earnings | | | | | Pre-Tax Deductions | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** | | |
| | | | | | | **Description** | **Amount** | **YTD** |

| Earnings | | | | | |
|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units  Rate** | **Amount** | **YTD** | |
| Hourly Pay | 01/11/2026-01/17/2026 | 40.00  21.75 | 870.01 | 3,008.90 | |
| OT Pay - (1x) | 01/11/2026-01/17/2026 | 5.9833  21.75 | 130.14 | 348.00 | |
| OT Pay - FLSA Premium (1/2) | 01/11/2026-01/17/2026 | 5.9833  10.8751 | 65.07 | 174.00 | |
| Group Term Life | 01/11/2026-01/17/2026 | | 3.40 | 13.60 | |
| Annual Paid Sick Payout | | | | 487.63 | |
| Annual Vacation Payout | | | | 373.50 | |
| Holiday | | | | 672.00 | |
| Incentive Production (Outbound) | | | | 42.07 | |
| **Earnings** | | | 1,068.62 | 5,119.70 | |

| Pre-Tax Deductions | | |
|---|---|---|
| **Description** | **Amount** | **YTD** |
| Medical | 54.00 | 162.00 |
| 401(k) | 42.61 | 204.27 |
| Dental | 6.69 | 26.76 |
| Vision | 3.21 | 12.84 |
| **Pre-Tax Deductions** | **106.51** | **405.87** |

| Post Tax Deductions | | | Employer Paid Benefits | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Voluntary Benefits | 41.53 | 156.97 | 401k Match | 10.66 | 51.09 |
| Supplemental Life | 13.17 | 52.23 | | | |
| AD&D | 0.60 | 2.38 | | | |
| **Post Tax Deductions** | **55.30** | **211.58** | **Employer Paid Benefits** | **10.66** | **51.09** |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| Federal Withholding | 83.53 | 396.05 | Medicare - Taxable Wages | 1,004.72 | 4,918.10 |
| OASDI | 62.29 | 304.92 | OASDI - Taxable Wages | 1,004.72 | 4,918.10 |
| State Tax - PA | 30.74 | 150.57 | Local City Withholding (Work) - Taxable Wages | 1,001.32 | 4,904.50 |
| Medicare | 14.57 | 71.31 | State Withholding (Work) - Taxable Wages | 1,001.32 | 4,904.50 |
| City Tax - BTHEL | 10.01 | 49.04 | Federal Withholding - Taxable Wages | 962.11 | 4,713.83 |
| SUI-Employee Paid - PA | 0.74 | 3.57 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **201.88** | **985.46** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 701.53 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 12/07/2025 | 12/13/2025 | 12/19/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 50.82 | 1,703.87 | 78.06 | 413.93 | 45.68 | 1,166.20 |
| **YTD** | 2396.12 | 58,946.19 | 2,862.99 | 12,278.89 | 2,326.16 | 41,478.15 |

### Earnings

| Description | Dates | Hours / Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Pay | 12/07/2025-12/13/2025 | 40.00 | 20.75 | 830.00 | 40,697.66 |
| Emp Referral Bonus | 12/07/2025-12/13/2025 | | | 500.00 | 500.00 |
| OT Pay - (1x) | 12/07/2025-12/13/2025 | 10.8167 | 20.75 | 224.45 | 8,377.91 |
| OT Pay - FLSA Premium (1/2) | 12/07/2025-12/13/2025 | 10.8167 | 10.7058 | 115.80 | 4,369.07 |
| Incentive Production (Outbound) | 12/07/2025-12/13/2025 | | | 33.62 | 1,813.76 |
| Group Term Life | 12/07/2025-12/13/2025 | | | 3.06 | 155.06 |
| Annual Paid Sick Payout | | | | | 29.40 |
| Holiday | | | | | 1,142.00 |
| Holiday Worked 1.5 | | | | | 565.01 |
| Hours Paid Not Worked | | | | | 207.50 |
| Sick | | | | | 503.88 |
| Vac/Sick/Holiday Cashout | | | | | 325.00 |
| Vacation | | | | | 415.00 |
| **Earnings** | | | | **1,706.93** | **59,101.25** |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 68.16 | 2,358.09 |
| Dental | 6.69 | 341.19 |
| Vision | 3.21 | 163.71 |
| **Pre-Tax Deductions** | **78.06** | **2,862.99** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Voluntary Benefits | 32.38 | 1,651.38 |
| Supplemental Life | 12.72 | 645.41 |
| AD&D | 0.58 | 29.37 |
| **Post Tax Deductions** | **45.68** | **2,326.16** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 17.04 | 589.72 |
| Ace Quarterly Contribution | | 1,795.96 |
| **Employer Paid Benefits** | **17.04** | **2,385.68** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 213.98 | 5,366.46 |
| OASDI | 105.21 | 3,632.97 |
| State Tax - PA | 52.00 | 1,794.13 |
| Medicare | 24.61 | 849.65 |
| City Tax - BTHEL | 16.94 | 584.42 |
| SUI-Employee Paid - PA | 1.19 | 41.26 |
| PA LST - BTHEL | | 10.00 |
| **Employee Taxes** | **413.93** | **12,278.89** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 1,697.03 | 58,596.35 |
| OASDI - Taxable Wages | 1,697.03 | 58,596.35 |
| Local City Withholding (Work) - Taxable Wages | 1,693.97 | 58,441.29 |
| State Withholding (Work) - Taxable Wages | 1,693.97 | 58,441.29 |
| Federal Withholding - Taxable Wages | 1,628.87 | 56,238.26 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 1,166.20 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Gale D Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 169374 | 12/14/2025 | 12/20/2025 | 12/26/2025 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| | | | **Description** | **Accrued** | **Reduced** | **Available** |
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | Deferred Holiday | 0 | 0 | 24 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0 | 0 | 47.5 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 18 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 48.98 | 1,145.42 | 55.72 | 236.06 | 45.68 | 807.96 |
| **YTD** | 2445.10 | 60,091.61 | 2,918.71 | 12,514.95 | 2,371.84 | 42,286.11 |

### Earnings

| Description | Dates | Hours / Units | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Pay | 12/14/2025-12/20/2025 | 40.00 | 20.75 | 830.01 | 41,527.67 |
| OT Pay - (1x) | 12/14/2025-12/20/2025 | 8.9833 | 20.75 | 186.41 | 8,564.32 |
| OT Pay - FLSA Premium (1/2) | 12/14/2025-12/20/2025 | 8.9833 | 10.7099 | 96.21 | 4,465.28 |
| Incentive Production (Outbound) | 12/14/2025-12/20/2025 | | | 32.79 | 1,846.55 |
| Group Term Life | 12/14/2025-12/20/2025 | | | 3.06 | 158.12 |
| Annual Paid Sick Payout | | | | | 29.40 |
| Emp Referral Bonus | | | | | 500.00 |
| Holiday | | | | | 1,142.00 |
| Holiday Worked 1.5 | | | | | 565.01 |
| Hours Paid Not Worked | | | | | 207.50 |
| Sick | | | | | 503.88 |
| Vac/Sick/Holiday Cashout | | | | | 325.00 |
| Vacation | | | | | 415.00 |
| **Earnings** | | | | **1,148.48** | **60,249.73** |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 45.82 | 2,403.91 |
| Dental | 6.69 | 347.88 |
| Vision | 3.21 | 166.92 |
| **Pre-Tax Deductions** | **55.72** | **2,918.71** |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Voluntary Benefits | 32.38 | 1,683.76 |
| Supplemental Life | 12.72 | 658.13 |
| AD&D | 0.58 | 29.95 |
| **Post Tax Deductions** | **45.68** | **2,371.84** |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401k Match | 11.46 | 601.18 |
| Ace Quarterly Contribution | | 1,795.96 |
| **Employer Paid Benefits** | **11.46** | **2,397.14** |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Federal Withholding | 101.93 | 5,468.39 |
| OASDI | 70.60 | 3,703.57 |
| State Tax - PA | 34.86 | 1,828.99 |
| Medicare | 16.51 | 866.16 |
| City Tax - BTHEL | 11.36 | 595.78 |
| SUI-Employee Paid - PA | 0.80 | 42.06 |
| PA LST - BTHEL | | 10.00 |
| **Employee Taxes** | **236.06** | **12,514.95** |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| Medicare - Taxable Wages | 1,138.58 | 59,734.93 |
| OASDI - Taxable Wages | 1,138.58 | 59,734.93 |
| Local City Withholding (Work) - Taxable Wages | 1,135.52 | 59,576.81 |
| State Withholding (Work) - Taxable Wages | 1,135.52 | 59,576.81 |
| Federal Withholding - Taxable Wages | 1,092.76 | 57,331.02 |

### Payment Information

| Bank | Account Name | Account Number | Amount | |
|---|---|---|---|---|
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 807.96 | USD |