| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Ronald Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 180225 | 12/21/2025 | 12/27/2025 | 01/02/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---------|-------|------------------|---|---|---|
| | | | **Description** | **Accrued** | **Reduced** | **Available** |
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | Deferred Holiday | 0 | 0 | 0 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.61 | 0 | 5.37 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 0 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|--------------------|-----------|--------------------|-----------------|--------------------|---------| 
| **Current** | 24.40 | 884.58 | 0.00 | 140.83 | 0.00 | 743.75 |
| **YTD** | 24.40 | 884.58 | 0.00 | 140.83 | 0.00 | 743.75 |

| Earnings | | | | | |
|----------|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** |
| Hourly Pay | 12/21/2025-12/27/2025 | 24.40 | 20.75 | 506.31 | 506.31 |
| Holiday | 12/21/2025-12/27/2025 | 16.00 | 20.75 | 332.00 | 332.00 |
| Incentive Production (Inbound) | 12/21/2025-12/27/2025 | | | 46.27 | 46.27 |
| **Earnings** | | | | 884.58 | 884.58 |

| Description | Amount | YTD |
|-------------|--------|-----|
| | | |

| Employee Taxes | | | Taxable Wages | | |
|----------------|---|---|---------------|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| OASDI | 54.84 | 54.84 | Federal Withholding - Taxable Wages | 884.58 | 884.58 |
| Federal Withholding | 36.53 | 36.53 | Local City Withholding (Work) - Taxable Wages | 884.58 | 884.58 |
| State Tax - PA | 27.16 | 27.16 | Medicare - Taxable Wages | 884.58 | 884.58 |
| Medicare | 12.83 | 12.83 | OASDI - Taxable Wages | 884.58 | 884.58 |
| City Tax - BTHEL | 8.85 | 8.85 | State Withholding (Work) - Taxable Wages | 884.58 | 884.58 |
| SUI-Employee Paid - PA | 0.62 | 0.62 | | | |
| **Employee Taxes** | **140.83** | **140.83** | | | |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 743.75 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ronald Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 180225 | 12/28/2025 | 01/03/2026 | 01/09/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 0 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.66 | 0 | 6.03 |
| **Additional Withholding** | 10 | | Vacation | 24 | 0 | 24 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 26.40 | 895.21 | 0.00 | 153.15 | 0.00 | 742.06 |
| **YTD** | 50.80 | 1,779.79 | 0.00 | 293.98 | 0.00 | 1,485.81 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** |
| Hourly Pay | 12/28/2025-12/31/2025 | 26.40 | 20.75 | 547.81 | 1,054.12 |
| Holiday | 01/01/2026-01/03/2026 | 8.00 | 21.75 | 174.00 | 672.00 |
| Holiday | 12/28/2025-12/31/2025 | 8.00 | 20.75 | 166.00 | |
| Incentive Production (Inbound) | 12/28/2025-01/03/2026 | | | 7.40 | 53.67 |
| **Earnings** | | | | 895.21 | 1,779.79 |

| Description | Amount | YTD |
|---|---|---|
| | | |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| OASDI | 55.51 | 110.35 | Federal Withholding - Taxable Wages | 895.21 | 1,779.79 |
| Federal Withholding | 37.60 | 74.13 | Local City Withholding (Work) - Taxable Wages | 895.21 | 1,779.79 |
| State Tax - PA | 27.48 | 54.64 | Medicare - Taxable Wages | 895.21 | 1,779.79 |
| Medicare | 12.98 | 25.81 | OASDI - Taxable Wages | 895.21 | 1,779.79 |
| PA LST - BTHEL | 10.00 | 10.00 | State Withholding (Work) - Taxable Wages | 895.21 | 1,779.79 |
| City Tax - BTHEL | 8.95 | 17.80 | | | |
| SUI-Employee Paid - PA | 0.63 | 1.25 | | | |
| **Employee Taxes** | **153.15** | **293.98** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 742.06 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ronald Senseman | 4 Ivy Lane Jonestown, PA 17038 | 180225 | 01/04/2026 | 01/10/2026 | 01/16/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 0 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.95 | 0 | 6.98 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 24 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | 37.95 | 878.76 | 0.00 | 139.55 | 0.00 | 739.21 |
| **YTD** | 88.75 | 2,658.55 | 0.00 | 433.53 | 0.00 | 2,225.02 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** |
| Hourly Pay | 01/04/2026-01/10/2026 | 37.95 | 21.75 | 825.43 | 1,879.55 |
| Incentive Production (Inbound) | 01/04/2026-01/10/2026 | | | 53.33 | 107.00 |
| Holiday | | | | | 672.00 |
| **Earnings** | | | | 878.76 | 2,658.55 |

| Description | Amount | YTD |
|---|---|---|
| | | |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| OASDI | 54.48 | 164.83 | Federal Withholding - Taxable Wages | 878.76 | 2,658.55 |
| Federal Withholding | 35.95 | 110.08 | Local City Withholding (Work) - Taxable Wages | 878.76 | 2,658.55 |
| State Tax - PA | 26.98 | 81.62 | Medicare - Taxable Wages | 878.76 | 2,658.55 |
| Medicare | 12.74 | 38.55 | OASDI - Taxable Wages | 878.76 | 2,658.55 |
| City Tax - BTHEL | 8.79 | 26.59 | State Withholding (Work) - Taxable Wages | 878.76 | 2,658.55 |
| SUI-Employee Paid - PA | 0.61 | 1.86 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **139.55** | **433.53** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 739.21 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Ronald Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 180225 | 01/11/2026 | 01/17/2026 | 01/23/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---------|-------|------------------|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 0 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.85 | 0 | 7.83 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 24 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|--------------------|-----------|--------------------|----------------|--------------------|---------| 
| **Current** | 33.88 | 780.11 | 0.00 | 118.07 | 0.00 | 662.04 |
| **YTD** | 122.63 | 3,438.66 | 0.00 | 551.60 | 0.00 | 2,887.06 |

| Earnings | | | | | |
|----------|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** |
| Hourly Pay | 01/11/2026-01/17/2026 | 33.8833 | 21.75 | 736.97 | 2,616.52 |
| Incentive Production (Inbound) | 01/11/2026-01/17/2026 | | | 43.14 | 150.14 |
| Holiday | | | | | 672.00 |
| **Earnings** | | | | 780.11 | 3,438.66 |

| Description | Amount | YTD |
|-------------|--------|-----|
| | | |

| Employee Taxes | | | Taxable Wages | | |
|----------------|---|---|---------------|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| OASDI | 48.37 | 213.20 | Federal Withholding - Taxable Wages | 780.11 | 3,438.66 |
| Federal Withholding | 26.09 | 136.17 | Local City Withholding (Work) - Taxable Wages | 780.11 | 3,438.66 |
| State Tax - PA | 23.95 | 105.57 | Medicare - Taxable Wages | 780.11 | 3,438.66 |
| Medicare | 11.31 | 49.86 | OASDI - Taxable Wages | 780.11 | 3,438.66 |
| City Tax - BTHEL | 7.80 | 34.39 | State Withholding (Work) - Taxable Wages | 780.11 | 3,438.66 |
| SUI-Employee Paid - PA | 0.55 | 2.41 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **118.07** | **551.60** | | | |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 662.04 | USD |

Non Negotiable - This is not a check - Non Negotiable

# Brubacher Excavating Inc
825 Reading Road
PO BOX 528
Bowmansville, PA 17507

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | April 3, 2026 | 22598 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 1,262.37 |
| **Total Direct Deposits** | | | **1,262.37** |

310398   JOB00   2748  22598  21648          **310398**

**Ronald Paul Senseman**
4 Ivy Lane
Jonestown, PA  17038

---

## Non Negotiable - This is not a check - Non Negotiable

### Brubacher Excavating Inc

**Ronald Paul Senseman**                                    **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **2748** | Fed Taxable Income | **1,666.77** | Check Date | **April 3, 2026** | Voucher Number | **22598** |
| Location | **JOB00** | Fed Filing Status | **M+ $10** | Period Beginning | **March 23, 2026** | Net Pay | **1,262.37** |
| Hourly | **$35.00** | State Filing Status | **M-0** | Period Ending | **March 29, 2026** | Total Hours Worked | **31.75** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Cash Fring | 33.58 | 0.00 | 33.58 | 403.75 |
| Cash Fring | 74.22 | 0.00 | 74.22 | |
| Cash Fring | 94.47 | 0.00 | 94.47 | |
| Cash Fring | 100.74 | 0.00 | 201.48 | |
| Regular | 35.00 | 18.50 | 647.50 | 3,258.02 |
| Regular | 39.00 | 6.25 | 243.75 | |
| Regular | 53.11 | 7.00 | 371.77 | |
| Special | | | | 460.00 |
| **Gross Earnings** | | **31.75** | **1,666.77** | **4,121.77** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 206.88 | 405.72 |
| MED | | 24.17 | 59.77 |
| PA | | 51.17 | 126.54 |
| PA-360501 | | 16.67 | 41.22 |
| PA-BRE8 | | 1.00 | 4.00 |
| PASUI-E | | 1.17 | 2.89 |
| SS | | 103.34 | 255.55 |
| **Taxes** | | **404.40** | **895.69** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 1,262.37 |
| **Total Direct Deposits** | | | **1,262.37** |

| Time Off | Available to Use | Available |
|---|---|---|
| Vacation | 0.00 | 0.00 |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost of | 0.32 | 0.64 |

Brubacher Excavating Inc | 825 Reading Road PO BOX 528  Bowmansville, PA 17507 | (717) 445-4571 | FEIN: 23-2073860 | PA: 36-24960

# Brubacher Excavating Inc
825 Reading Road
PO BOX 528
Bowmansville, PA 17507

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | March 20, 2026 | 21887 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 671.08 |
| **Total Direct Deposits** | | | **671.08** |

310398   JOB00   2748  21887  20965        **310398**
**Ronald Paul Senseman**
4 Ivy Lane
Jonestown, PA  17038

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Brubacher Excavating Inc

**Ronald Paul Senseman**                                                                 **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **2748** | Fed Taxable Income | **840.00** | Check Date | **March 20, 2026** | Voucher Number **21887** |
| Location | **JOB00** | Fed Filing Status | **M+ $10** | Period Beginning | **March 9, 2026** | Net Pay **671.08** |
| Hourly | **$35.00** | State Filing Status | **M-0** | Period Ending | **March 15, 2026** | Total Hours Worked **24.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 35.00 | 24.00 | 840.00 | 1,855.00 |
| **Gross Earnings** | | **24.00** | **840.00** | **1,855.00** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 68.88 | 158.76 |
| MED | 12.18 | 26.90 |
| PA | 25.79 | 56.95 |
| PA-360501 | 8.40 | 18.55 |
| PA-BRE8 | 1.00 | 2.00 |
| PASUI-E | 0.59 | 1.30 |
| SS | 52.08 | 115.01 |
| **Taxes** | **168.92** | **379.47** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 671.08 |
| **Total Direct Deposits** | | | **671.08** |

| Time Off | Available to Use | Available |
|---|---|---|
| Vacation | 0.00 | 0.00 |

Brubacher Excavating Inc | 825 Reading Road PO BOX 528  Bowmansville, PA 17507 | (717) 445-4571 | FEIN: 23-2073860 | PA: 36-24960

**Brubacher Excavating Inc**
825 Reading Road
PO BOX 528
Bowmansville, PA 17507

Direct Deposit Advice

paylocity

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | March 13, 2026 | 21223 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 804.45 |
| **Total Direct Deposits** | | | **804.45** |

310398   JOB00   2748 21223 20321          **310398**

Non Negotiable - This is not a check - Non Negotiable

**Ronald Paul Senseman**
4 Ivy Lane
Jonestown, PA  17038

**Non Negotiable - This is not a check - Non Negotiable**

### Brubacher Excavating Inc

**Ronald Paul Senseman**                                         **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **2748** | Fed Taxable Income | **1,015.00** | Check Date | **March 13, 2026** | Voucher Number **21223** |
| Location | **JOB00** | Fed Filing Status | **M+ $10** | Period Beginning | **March 2, 2026** | Net Pay **804.45** |
| Hourly | **$35.00** | State Filing Status | **M-0** | Period Ending | **March 8, 2026** | Total Hours Worked **29.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Regular | 35.00 | 29.00 | 1,015.00 | 1,015.00 |
| **Gross Earnings** | | **29.00** | **1,015.00** | **1,015.00** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 89.88 | 89.88 |
| MED | 14.72 | 14.72 |
| PA | 31.16 | 31.16 |
| PA-360501 | 10.15 | 10.15 |
| PA-BRE8 | 1.00 | 1.00 |
| PASUI-E | 0.71 | 0.71 |
| SS | 62.93 | 62.93 |
| **Taxes** | **210.55** | **210.55** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Jonestown Bk & Tr Co | C | ***3461 | 804.45 |
| **Total Direct Deposits** | | | **804.45** |

| Time Off | Available to Use | Available |
|---|---|---|
| Vacation | 0.00 | 0.00 |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Ronald Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 180225 | 01/04/2026 | 01/10/2026 | 01/16/2026 | |

| | Federal | State | Time Off Summary | | | |
|------|---------|-------|------------------|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 0 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.95 | 0 | 6.98 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 24 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|------|--------------------|-----------|--------------------|----------------|---------------------|---------|
| **Current** | | 878.76 | 0.00 | 139.55 | 0.00 | 739.21 |
| **YTD** | | 2,658.55 | 0.00 | 433.53 | 0.00 | 2,225.02 |

| Earnings | | | | | |
|----------|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** |
| Hourly Pay | 01/04/2026-01/10/2026 | 37.95 | 21.75 | 825.43 | 1,879.55 |
| Incentive Production (Inbound) | 01/04/2026-01/10/2026 | | | 53.33 | 107.00 |
| Holiday | | | | | 672.00 |
| **Earnings** | | | | 878.76 | 2,658.55 |

| Description | Amount | YTD |
|-------------|--------|-----|
| | | |

| Employee Taxes | | | Taxable Wages | | |
|----------------|---|---|---------------|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| OASDI | 54.48 | 164.83 | Federal Withholding - Taxable Wages | 878.76 | 2,658.55 |
| Federal Withholding | 35.95 | 110.08 | Local City Withholding (Work) - Taxable Wages | 878.76 | 2,658.55 |
| State Tax - PA | 26.98 | 81.62 | Medicare - Taxable Wages | 878.76 | 2,658.55 |
| Medicare | 12.74 | 38.55 | OASDI - Taxable Wages | 878.76 | 2,658.55 |
| City Tax - BTHEL | 8.79 | 26.59 | State Withholding (Work) - Taxable Wages | 878.76 | 2,658.55 |
| SUI-Employee Paid - PA | 0.61 | 1.86 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **139.55** | **433.53** | | | |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 739.21 | USD |

| Name | Address | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ronald Senseman | 4 Ivy Lane<br>Jonestown, PA 17038 | 180225 | 01/04/2026 | 01/10/2026 | 01/16/2026 | |

| | Federal | State | Time Off Summary | | | |
|---|---|---|---|---|---|---|
| **Marital Status** | Married filing jointly (or Qualifying widow(er)) | | **Description** | **Accrued** | **Reduced** | **Available** |
| | | | Deferred Holiday | 0 | 0 | 0 |
| **Allowances** | 0 | 0 | Paid Sick Time | 0.95 | 0 | 6.98 |
| **Additional Withholding** | 10 | | Vacation | 0 | 0 | 24 |

| | Total Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| **Current** | | 878.76 | 0.00 | 139.55 | 0.00 | 739.21 |
| **YTD** | | 2,658.55 | 0.00 | 433.53 | 0.00 | 2,225.02 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| **Description** | **Dates** | **Hours / Units** | **Rate** | **Amount** | **YTD** |
| Hourly Pay | 01/04/2026-01/10/2026 | 37.95 | 21.75 | 825.43 | 1,879.55 |
| Incentive Production (Inbound) | 01/04/2026-01/10/2026 | | | 53.33 | 107.00 |
| Holiday | | | | | 672.00 |
| **Earnings** | | | | 878.76 | 2,658.55 |

| Description | Amount | YTD |
|---|---|---|
| | | |

| Employee Taxes | | | Taxable Wages | | |
|---|---|---|---|---|---|
| **Description** | **Amount** | **YTD** | **Description** | **Amount** | **YTD** |
| OASDI | 54.48 | 164.83 | Federal Withholding - Taxable Wages | 878.76 | 2,658.55 |
| Federal Withholding | 35.95 | 110.08 | Local City Withholding (Work) - Taxable Wages | 878.76 | 2,658.55 |
| State Tax - PA | 26.98 | 81.62 | Medicare - Taxable Wages | 878.76 | 2,658.55 |
| Medicare | 12.74 | 38.55 | OASDI - Taxable Wages | 878.76 | 2,658.55 |
| City Tax - BTHEL | 8.79 | 26.59 | State Withholding (Work) - Taxable Wages | 878.76 | 2,658.55 |
| SUI-Employee Paid - PA | 0.61 | 1.86 | | | |
| PA LST - BTHEL | | 10.00 | | | |
| **Employee Taxes** | **139.55** | **433.53** | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| **Bank** | **Account Name** | **Account Number** | **Amount** | |
| Jonestown Bank & Trust Co. | Jonestown Bank & Trust Co. ******3461 | ******3461 | 739.21 | USD |