UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Ronald Paul Senseman<br>          &<br>    Gale D Senseman<br><br><br><br>              Debtors | Chapter 13<br><br><br><br><br><br>Bankruptcy No. 26-00928 |

### **<u>DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE</u>**

To the Honorable Judges of the United States Bankruptcy Court for the Middle District of Pennsylvania:

1. Movants are debtors Ronald Paul Senseman and Gale D Senseman by and through their attorney Isaac M. Huggins.

2. The present case commenced by the filing of a Chapter 13 petition on 4/7/2026.

3. The case has not been converted from another chapter under §§ 706, 1112, or 1208.

4. The Debtors have filed a motion to voluntarily dismiss for the following reason(s):

   - The Debtor would like to voluntarily dismiss this action without prejudice due to a change in financial circumstances. With this change, the Debtors can meet their monthly debt obligations.

Dated: <u>5/26/2026</u>

*/s/ Isaac M. Huggins*___
Isaac M. Huggins, Esquire
PA ID No.: 334613
Shane Weaver Law
568 Old York Road
Etters, PA 17319
ihuggins@shaneweaverlaw.com
 (717)938-5001
Attorney for Debtor
