# United States Bankruptcy Court
# Middle District Of Pennsylvania

In re   **Senseman, Ronald Paul**

       **Senseman, Gale D**

          Debtor(s)

Case No.   **1:26-bk-00928**

Chapter   **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

**Voluntary bankruptcy dismissal**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on   **06/02/2026**  .

Dated:     **06/02/2026**

**/s/ Shane L Weaver**

Shane L Weaver
Debtor or Debtor's(s') Counsel
Bar Number: 206486
Law Office Of Shane L. Weaver
568 Old York Road
Etters, PA 17319
Phone: (717) 745-8185
Email: bankruptcy@shaneweaverlaw.com

**Americollect**
1851 S Alverno RD
Manitowoc, WI 54221

**Capital One Bank Usa**
PO BOX 31293
SALT LAKE CITY, UT 84131

**Dept of Education/Neln**
121 S 13TH ST
LINCOLN, NE 68508

**Discover Card**
PO BOX 30939
SALT LAKE CITY, UT 84130

**Law Office Of Shane L. Weaver**
568 Old York Road
Etters, PA 17319

**Lebanon Fcu**
300 SCHNEIDER DR
LEBANON, PA 17046

**Midland Mtg/Midfirst**
999 NW GRAND BLVD
OKLAHOMA CITY, OK 73118

**WELLSPAN GOOD SAMARITAN HOSP**
Box 15119
York, PA 17405

Case 1:26-bk-00928-HWV   Doc 22   Filed 06/02/26   Entered 06/02/26 11:34:08   Desc
Main Document    Page 1 of 1