UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Ronald Paul Senseman<br>    &<br>    Gale D Senseman<br><br>                          Debtors | Chapter 13<br><br><br>Bankruptcy No. 26-00928 |

**<u>Proposed Order</u>**

AND NOW, this _____ day of _____, 2026, upon consideration of the Debtors' Motion to Voluntarily Dismiss Chapter 13 Case, and pursuant to 11 U.S.C. §1307(b), it is hereby ORDERED that:

1. The Motion is GRANTED.
2. The above-captioned Chapter 13 case is DISMISSED without prejudice.
3. The Chapter 13 Trustee shall distribute any funds on hand in accordance with applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.
4. The Clerk shall close the case.

BY THE COURT: