United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ronald Paul Senseman

Gale D Senseman

    Debtors

Case No. 26-00928-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1            User: AutoDocke            Page 1 of 2

Date Rcvd: Jun 04, 2026            Form ID: pdf010            Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Ronald Paul Senseman, Gale D Senseman, 4 Ivy Lane, Jonestown, PA 17038-8409 |
| 5793841 | + | Law Office Of Shane L. Weaver, 568 Old York Road, Etters, PA 17319-9543 |
| 5793842 | + | Lebanon Fcu, 300 SCHNEIDER DR, LEBANON, PA 17046-4811 |
| 5793844 | + | WELLSPAN GOOD SAMARITAN HOSP, Box 15119, York, PA 17405-7119 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 18:47:11 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5793837 | | Email/Text: ebn@americollect.com | Jun 04 2026 18:38:00 | Americollect, 1851 S Alverno RD, Manitowoc, WI 54221 |
| 5794636 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 04 2026 18:47:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5793838 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 18:47:10 | Capital One Bank Usa, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5795507 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 18:47:05 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5793839 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 18:38:00 | Dept of Education/Neln, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5793840 | + | Email/Text: mrdiscen@discover.com | Jun 04 2026 18:38:00 | Discover Card, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5802009 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 04 2026 18:47:10 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5793843 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 04 2026 18:47:10 | Midland Mtg/Midfirst, 999 NW GRAND BLVD, OKLAHOMA CITY, OK 73118-6051 |
| 5797874 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 04 2026 18:38:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 5794361 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 04 2026 18:47:05 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5796064 | + | Email/Text: bankruptcynotification@wellspan.org | Jun 04 2026 18:38:00 | WELLSPAN HEALTH, P O BOX 15119, YORK, PA 17405-7119 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Matthew K. Fissel | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Shane L Weaver | on behalf of Debtor 1 Ronald Paul Senseman bankruptcy@shaneweaverlaw.com  LawOfficeOfShaneLWeaver@jubileebk.net |
| Shane L Weaver | on behalf of Debtor 2 Gale D Senseman bankruptcy@shaneweaverlaw.com  LawOfficeOfShaneLWeaver@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

RONALD PAUL SENSEMAN
and GALE D SENSEMAN,

Debtors.

:  CHAPTER 13
:
:
:
:  CASE NO. 1:26-bk-00928-HWV
:
:
:

## ORDER

Upon consideration of the Motion to Dismiss Case filed by the Debtors, Doc. 21, it is

**ORDERED** that the above-captioned case is **DISMISSED**.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 4, 2026